UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                         :

JAVIER ORTIZ,                      :

        Defendant.               :

- - - - - - - - - - - - - - - x

07 CRIM 1115

NOTICE OF INTENT TO
FILE AN INFORMATION

JUDGE SAND

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
          November 15, 2007

                           MICHAEL J. GARCIA
                           United States Attorney

                  By:  _____
                       Jessica A. Masella
                       Assistant United States Attorney

                       AGREED AND CONSENTED TO:

                  By:  _____
                       Justin Levine
                       Attorney for Javier Ortiz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
11-16-07