UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

      v.                             :

JAVIER ORTIZ,                    :     07CRIM1115

      Defendant.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUDGE SAND

      The above-named defendant, who is accused of violating Title 26, United States Code, Sections 5845(a), 5861(d) and 5871, and Title 18, United States Code, Section 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       December 7, 2007



DATE FILED:
DOC #:
ELECTRONICALLY FILED
DOCUMENT
USDC SDNY

0202