```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,        :         07 CRIM 1115

         - v -                   :         INFORMATION

JAVIER ORTIZ,                    :         07 Cr. ___ (LBS)
    a/k/a "J-Star,"
                                 :
         Defendant.
                                 :
- - - - - - - - - - - - - - - - x
```

JUDGE SAND

### COUNT ONE

The United States Attorney charges:

1. On or about March 27, 2006, in the Southern District of New York, JAVIER ORTIZ, a/k/a "J-Star," the defendant, unlawfully, willfully, and knowingly did possess a firearm, to wit, a Mossberg 12-gauge pump action shotgun which as modified had a barrel of less than 18 inches in length, and which is not registered to him in the National Firearms Registration and Transfer Record.

(Title 26, United States Code, Sections 5845(a), 5861(d) and 5871 and Title 18, United States Code, Section 2.)

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 07 20
```

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAVIER ORTIZ,
a/k/a "J-Star"

Defendant.

## INFORMATION

07 Cr. ___ (LBS)

(Title 26, United States Code, Sections 5845(a), 5861(d) and 5871 and Title 18, United States Code, Section 2)

Michael J. Garcia
United States Attorney.