UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

      -v-                       :   ORDER

JAVIER ORTIZ,                   :   07 Cr. 1115 (LBS)

           Defendant.     :
- - - - - - - - - - - - - - - - - -x

      WHEREAS, with the consent of the defendant, JAVIER ORTIZ, his guilty plea allocution was taken before a Magistrate Judge on December 7, 2007;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon a review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          February 7, 2008

                              HON. LEONARD B. SAND
                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-08